Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−17152−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Empire Holding Company, LLC
    136 Mehrhof Rd
    Little Ferry, NJ 07643−2125

Social Security No.:
    xxx−xx−8077

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:    2/2/23
Time:    10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Fazzio Law Offices, Special Counsel

COMMISSION OR FEES
$7,500.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 11, 2023
JAN:

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-17152-JKS |
| Empire Holding Company, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 11, 2023 | Form ID: 137 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Empire Holding Company, LLC, 136 Mehrhof Rd, Little Ferry, NJ 07643-2125 |
| aty | + | Norgaard O'Boyle & Hannon, Norgaard O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| sp | + | Fazzio Law Offices, Fazzio Law Office, 5 Marine View Plaza, Suite 218, Hoboken, NJ 07030-5722 |
| r | + | Jack Koumbis, Keller Williams Town Life, 25 Washington Street, Tenafly, NJ 07670-2027 |
| cr | + | TD Bank, N.A., c/o Saldutti Law Group, 1040 N. Kings Hwy., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519701146 | # | Barron Staffing, 1275 Bloomfield Ave Ste 16, Fairfield, NJ 07004-2735 |
| 519701147 | | Beihl & Beihl, PO Box 87410, Carol Stream, IL 60188-7410 |
| 519767227 | | Cliffside Medical, LLC, 663 Palisade Ave, Cliffside Park, NJ 07010-3012 |
| 519701148 | | Empire Little Ferry, LLC, 136 Mehrhof Rd, Little Ferry, NJ 07643-2125 |
| 519701149 | | Fedway, PO Box 651, Basking Ridge, NJ 07920-0651 |
| 519701150 | | Hartford Billing Company, 3600 Wiseman Blvd, San Antonio, TX 78251-4323 |
| 519701151 | | Hyun Sook Leeoh, 327 8th St # A, Palisades Park, NJ 07650-2201 |
| 519767226 | | Jersey National/Capitol Wine&Liquor Co., c/o Paul N. Weeks, Esq., Raff Masone & Weeks, PA, 1083 Avenue C, Bayonne, NJ 07002-3345 |
| 519701152 | | Joe Landscaping, 183 Mehrhof Rd, Little Ferry, NJ 07643-2140 |
| 519701153 | | Kohler, 150 Wagaraw Rd, Hawthorne, NJ 07506-2706 |
| 519701154 | + | Lakeview Bakery, 308 Lakeview Ave, Clifton, NJ 07011-4170 |
| 519767228 | | Little Ferry Borough Municipal Court, 215 Liberty St, #217, Little Ferry, NJ 07643-1726 |
| 519701155 | | Marlin Capital Solutions, PO Box 13604, Philadelphia, PA 19101-3604 |
| 519701157 | | NJ Division of Fire Safety, PO Box 809, Trenton, NJ 08625-0809 |
| 519701156 | | Napoleon T. Yfantis, 221 77th St, North Bergen, NJ 07047-5719 |
| 519701159 | | P. Pascal,Inc., PO Box 347, Yonkers, NY 10703-0347 |
| 519701160 | | PSE&G - Bankruptcy Dept., PO Box 709, Newark, NJ 07101-0709 |
| 519701163 | | Small Business Administration, 2 Gateway Ctr Ste 1002, Newark, NJ 07102-5006 |
| 519701164 | | State of NJ-Division of Taxation, Revenue Processing Center, PO Box 193, Trenton, NJ 08646-0193 |
| 519701165 | | Susquehanna Salt Lakes, LLC, 136 E South Temple Ste 1400, Salt Lake City, UT 84111-1143 |
| 519701167 | | The Jayson Company, 2159 Stanley Ter, Union, NJ 07083-4371 |
| 519701168 | | The Knot Worldwide, PO Box 32177, New York, NY 10087-2177 |
| 519701169 | | Todd H. Henderson, Esq., US Small Business Administration, 2 Gateway Ctr Ste 1002, Newark, NJ 07102-5006 |
| 519701170 | | Travelers, 7 S Warren St, Dover, NJ 07801-4582 |
| 519796218 | + | US Bank as Cust for Tower DB XII Trust 2022-1, PO Box 645404, Cincinnati, OH 45264-5404 |
| 519701171 | + | Verizon, PO Box 16801, Newark, NJ 07101-6801 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 11 2023 20:52:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jan 11 2023 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

Case 22-17152-JKS    Doc 49    Filed 01/13/23    Entered 01/14/23 00:17:14    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 11, 2023 | Form ID: 137 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | | Jan 11 2023 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519701145 | Email/Text: amartinez@aceendico.com | | Jan 11 2023 20:52:00 | ACE Endico, 80 International Blvd, Brewster, NY 10509-2344 |
| 519701158 | Email/Text: bankruptcy@ondeck.com | | Jan 11 2023 20:53:00 | On Deck Capital, Inc., 1400 Broadway, New York, NY 10018-5300 |
| 519701162 | Email/Text: bankruptcynotices@sba.gov | | Jan 11 2023 20:52:00 | Small Business Administration, PO Box 3918, Portland, OR 97208-3918 |
| 519701166 | Email/Text: bankruptcy@td.com | | Jan 11 2023 20:53:00 | TD Bank, 1 Royal Rd, Flemington, NJ 08822-6001 |
| 519788814 | + Email/Text: ndlrc.legal@sba.gov | | Jan 11 2023 20:52:00 | U.S. Small Business Administration, 200 West Santa Ana Blvd., Ste 740, Santa Ana, CA 92701-7534 |
| 519701172 | Email/Text: rmcbknotices@wm.com | | Jan 11 2023 20:53:00 | Waste Management, 107 Silvia St, Ewing, NJ 08628-3200 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519768704 | | USBKCUST/PC8 Firsttrust |
| cr | *+ | Napoleon T Yfantis, 221 77th Street, North Bergen, NJ 07047-5719 |
| 519709131 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 519701161 | ## | Saldutti Law Group, 800 Kings Hwy N Ste 300, Cherry Hill, NJ 08034-1511 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Spec. Counsel Fazzio Law Offices bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Brian Gregory Hannon | on behalf of Debtor Empire Holding Company  LLC bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Brian J. Schaffer | on behalf of Creditor TD Bank  N.A. bschaffer@slgcollect.com, kcollins@slgcollect.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 11, 2023 | Form ID: 137 | Total Noticed: 40 |

Rebecca K. McDowell
    on behalf of Creditor TD Bank  N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Robin I. London-Zeitz
    on behalf of Creditor USBKCUST/PC8 Firsttrust Bank rzeitz@zeitzlawfirm.com
    gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;lfossi@zeitzlawfirm.com

Thaddeus R. Maciag
    on behalf of Creditor Napoleon T Yfantis MaciagLaw1@aol.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7