| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Empire Holdings Company, LLC | |
| In Re:<br>Proof of Claim #8 | Case No.: 22-17152<br>Chapter: 11<br>Judge: John K. Sherwood |

*U.S. BANKRUPTCY COURT FILED 2023 JAN 27 A 11:36*

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____Moises Mojica_____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 188 E Cedar Street
Livingston, NJ 07039
moises.mojica@gmail.com
201-736-6316

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 1/27/2023

Moises Mojica Jr
Signature

*new.8/1/15*