| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Empire Holdings Company, LLC |

| In Re:<br>Proof of Claim #7 | Case No.: | 22-17152 |
|---|---|---|
| | Chapter: | 11 |
| | Judge: | John K. Sherwood |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of ___Felicia Robinson___. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 76H DuBois Court
Englewood, NJ 07026
robinsonfeliciakim@gmail.com
201-936-8835

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 1/27/2023

Moises Mojica Jr
Signature

*new.8/1/15*